**FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF MISSISSIPPI

JUN 2 9 2010

DAVID CREWS, CLERK
By_____
Deputy

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 1:10CR 071
    18 U.S.C. 2342(b)

MIKE AMMERMAN

INFORMATION
(On Waiver of Indictment)

The United States Attorney charges that:

**Count One**

From on or about April 15, 2004, to on or about April 15, 2009, in the Northern District of Mississippi and elsewhere, MIKE AMMERMAN, aided and abetted by others known and unknown to the United States Attorney, did knowingly and intentionally make and cause to be made materially false statements as to information required by regulation to be kept by a person who ships, sells and distributes any quantity of cigarettes in excess of 60,000 (10,000 after March 9, 2006), that is, defendant did knowingly cause wholesale tobacco distributors in Mississippi to make materially false statements and representations to the Bureau of Alcohol, Tobacco & Firearms, the Tobacco Tax and Trade Bureau, the United States Attorney General and the Mississippi State Tax Commission by and through the data contained upon the monthly tobacco excise tax returns as to beginning and ending inventory of cigarettes, the total quantity of cigarettes received and the total quantity of cigarettes distributed, each required to be

1

made pursuant to Title 18 United States Code, § 2343(b)(1)-(3), in violation of Title 18, United States Code, § 2342(b).

*[signature]*
WILLIAM C. MARTIN
Acting United States Attorney