RECEIVED

JUN 29 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:10CR7/

MIKE AMMERMAN

## PENALTIES

### Count One
[18 U.S.C. 2342(b)]

NM than 3 years imprisonment - 18 U.S.C. 3581(b)(5)
NM than $250,000 fine - 18 U.S.C. 1956(a)(1),
At least 1 year supervised release - 18 U.S.C. 3583(b)(2),
$100 special assessment -18 U.S.C. 3013(a)(2)(A).