JS 45 (1/96)          *CLERK'S OFFICE*

Agency: Federal Bureau of Investigation
Agent: Matthew Bullwinkel    1:10CR071

Criminal Case Cover Sheet       U.S. District Court
**Place of Offense:**

City: Tupelo      **Related Case Information**:
County/Parish: Lee    Superseding Indictment: Docket Number:
                     Same Defendant:    New Defendant:
Magistrate Judge Case Number:   Search Warrant Case Number:
R 20/R 40 from District of

**Defendant Information:**

Juvenile   Yes _____ No _x_   If yes, Matter to be sealed: Yes____No_____

Defendant Name: Mike Ammerman     (Robert M.)
Alias Name :
Address: Cynthiana, KY

Birthdate: X/XX/1963     SS#: XXX/XX/7439
Sex: M    Race: W   Nationality: American

**U.S. Attorney:**   William C. Lamar     Bar No.: 8479

Interpreter:   [X] No   [ ] Yes    List Language and/or dialect:

**Location Status:**
Arrest date:
[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody
[ ] On Pretrial Release

**U.S.C. Citations**
Total # of Counts: ___1_____ [ ] Petty [ ] Misdemeanor [ x ] Felony

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|
| Set 1 18:2342.F | Trafficking in Contraband Cigarettes | 1 |