UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**FILED**
JUN 29 2010
DAVID CREWS, CLERK
By_____ Deputy

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:10CR071

MIKE AMMERMAN

### PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to waive Indictment and plead guilty under oath to Count One of an Information, which charges that the defendant did knowingly and intentionally make and cause to be made materially false statements as to information required to be kept by regulation, in violation of Title 18 of Section 2342(b) of the United States Code, which carries maximum possible penalties of not more than a $250,000 fine, not more than 3 years imprisonment, not more than 1 year of supervised release, and a special assessment of $100.

2. OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge.

3. RESTITUTION: The defendant understands that the Court may order restitution in accordance with the provisions of 18 U.S.C. Section 3663 for all offenses committed and specifically agrees that restitution is not limited to the count of conviction.

4. FORFEITURE: The defendant agrees to be jointly liable for the forfeiture of all right, title and interest in certain personal property, the cumulative value of which shall not exceed $8,000,000.

5. OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

6. WAIVER OF ALL APPEALS AND COLLATERAL ATTACKS: Defendant hereby expressly waives any and all rights to appeal the conviction and/or sentence imposed in this case, and the manner in which sentence was imposed, on any ground whatsoever, including but not limited to the grounds set forth in 18 U.S.C. Section 3742. Defendant also hereby expressly waives all rights to contest or collaterally attack the conviction and/or sentence, and the manner in which sentence was imposed, in any post-conviction proceeding, including but not limited to a motion brought pursuant to 28 U.S.C. Section 2255. Defendant waives these rights in exchange for the concessions and recommendations made by the United States in this plea agreement.

7. VIOLATIONS OF THIS AGREEMENT: If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

8. ACKNOWLEDGMENTS: No Other Agreements; Defendant Is in Fact Guilty. Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. Upon filing of this plea agreement, the United States Probation Service may at once conduct a presentence investigation and submit a presentence report to the Court for immediate consideration at or before the plea of guilty is offered in open court. Defendant agrees that the Court may cancel the trial and continue all proceedings in the case until such date as the Court may set for consideration of the plea agreement, the plea of guilty, and imposition of sentence. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the 6th day of May, 2010.

_____
Acting United States Attorney

AGREED AND CONSENTED TO:

_____
MIKE AMMERMAN
Defendant

APPROVED:

_____
CHRISTIE A. MOORE
Attorney for Defendant
86858 Bar No.