IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 1:10-CR-71 |
| | ) | |
| v. | ) | MOTION TO ALLOW DEFENDANT TO TRAVEL |
| | ) | |
| MIKE AMMERMAN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Defendant Mike Ammerman, through counsel, respectfully requests authorization from the Court to travel to Europe with his spouse between August 12 and August 21, 2011.

      In June, 2010, Mr. Ammerman pleaded guilty to a one-count Information in the above matter and was released on a $10,000 unsecured bond, without pretrial supervision. Mr. Ammerman is currently is awaiting sentencing. Mr. Ammerman plans to travel briefly to France, but will at all times submit himself to the jurisdiction of this Court.

      While the Court did not impose restrictions at the time of the guilty plea, in abundance of caution, and to ensure all parties are aware of his plans, he nonetheless seeks approval of the Court to travel to Europe. The United States Probation Office has been informed of Mr. Ammerman's request and has expressed no objections. The United States has also informed counsel that it does not object to this request.

      WHEREFORE, the undersigned respectfully requests this Court grant to Mr. Ammerman its consent to allow Mr. Ammerman to travel to Europe with his spouse.

A proposed Order is tendered herewith.

                                                     Respectfully submitted,

                                                     */s/ Christie A. Moore*
                                                     Christie A. Moore
                                                     GREENBAUM DOLL & MCDONALD PLLC
                                                     3500 National City Tower
                                                     101 South Fifth Street
                                                     Louisville, Kentucky 40202
                                                     (502) 589-4200
                                                     cm@gdm.com

                                                     and

                                                     Marc S. Murphy
                                                     STITES & HARBISON
                                                     Aegon Center, Suite 1800
                                                     400 W. Market Street
                                                     Louisville, KY 40202
                                                     mmurphy@stites.com

                                                     COUNSEL FOR DEFENDANT
                                                     MIKE AMMERMAN

                                     <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this the 25th day of July, 2011, a copy of the foregoing was served upon the following electronically via the Court's CM/ECF to:

Hon. Chad Lamar
United States Attorneys Office
Northern District of Mississippi
900 Jefferson Avenue
Oxford, MS 38655-3608

                                                   */s/ Christie A. Moore*
                                                   COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 1:10-CR-71 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MIKE AMMERMAN | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Mike Ammerman, having requested approval to travel to Europe during the month of August, 2011; the United States having no objection; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED.

DONE this _____ day of _____, 2011.

TENDERED BY:

*/s/ Christie A. Moore*
Christie A. Moore
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 S. Fifth Street
Louisville, KY 40202-3197
(502) 589-3637
cm@gdm.com

and

Marc S. Murphy
STITES & HARBISON
Aegon Center, Suite 1800
400 W. Market Street
Louisville, KY 40202
mmurphy@stites.com


COUNSEL FOR DEFENDANT
MIKE AMMERMAN




4463632_1.doc