# EXHIBIT A

## MIKE AMMERMAN LETTERS IN SUPPORT INDEX

| NO. | NAME |
|-----|------|
| 1. | Ammerman, Bradlee W. |
| 2. | Ammerman, Terry Lee |
| 3. | Atchison, John & Diane |
| 4. | Bear, Avi |
| 5. | Bertram, Henry W. Judge |
| 6. | Brogle, Mike |
| 7. | Burrier, Jess |
| 8. | Burrier, Sue |
| 9. | Chambers, James |
| 10. | Cockrell, Mark |
| 11. | Conrad, Orman and Billie |
| 12. | Conrad, Russ |
| 13. | Cooper, Chuck |
| 14. | Crozier, Harry |
| 15. | Desmarchais, Shawn |
| 16. | Gillespie, Freddy |
| 17. | Gross, James, Deacon |
| 18. | Hall, Joseph (Rev.) |
| 19. | Hays, Mike (Pastor) |
| 20. | Hefner, Pastor Conrad C. |
| 21. | Kinney, Sarah |
| 22. | Lusby, L.C. |
| 23. | Marshall, Brad |
| 24. | McCauley, Scott |
| 25. | Melcher, David |
| 26. | Rush, Neil |
| 27. | Sharpe, Vivian |
| 28. | Slade, Steve |
| 29. | Stuckey, Antonio, Rev. and Sis Donna Cummins |
| 30. | Tackett, Frieda and Danny (Cynthiana Tire) |
| 31. | Toadvine, William.R. |
| 32. | Von Gruenigen, Anne |
| 33. | Von Gruenigen, Herb |
| 34. | Withers, Mary |
| 35. | Young, Maureen |

1.

BRADLEE W. AMMERMAN

July 15, 2010

Honorable Judge Sharion Aycock
United States Federal Judge
United States District Court
Northern District of Mississippi

Dear Judge Sharion Aycock,

My name is Bradlee Ammerman and I live in Falmouth, Kentucky. My correspondence today is in reference to the pending sentencing of my uncle Bob Ammerman and cousin Mike Ammerman. My family and I are saddened and confused by their actions. I felt compelled to write to you today in order to give you some insight into who these men are in their private lives. I would hate to see their recent actions negatively change their lives forever.

My uncle Bob has always been a joyful person to be around. As a child, I would tag along with him and my father while farming. One of my fondest childhood memories of him is when he just showed up at our house one Christmas with a toy John Deere tractor for me. I couldn't have been any happier and still have that toy, some 30 years later. He always had a smile on his face and a joke or story to tell. He is still that way today. I stop by his home every few weeks to catch up on current events and to just see how he and his family are doing. He is a great help to his wife Betty and daughter Lisa. Betty recently broke her hip and has been enduring a slow recovery. Bob frequently takes her to see her doctors and therapists. His daughter Lisa suffered a lack of oxygen during birth and will require adult supervision for the rest of her life. These are responsibilities that he appears to easily accept. Bob has also been dealing with health issues for many years. He suffered his first heart attack while still in his 40's, currently has a pacemaker/defibrillator and may need a heart transplant in the future. He has always been generous with people in need and the Church. He is currently helping the Blanket Creek Baptist Church, a small country church near our home, cover the costs of renovating their sanctuary. He recently showed me pictures of a small church that he helped to build in, I believe it was India. He had a plaque installed on the church in memory of his deceased mother and father. He helped a local family, affected by a devastating flood in our area in 1997, by allowing them to move into a home that he owned. They still live there. He offered the father a job at his business, where he still works. This is the loving and caring person that I know my Uncle to be.

My cousin Mike and I pretty much grew up together. Even though he is about 7 years older than me, he let me tag along with him everywhere he went. As children, we built forts, rode mini bikes and did all the things kids love to do. Mike was more like a brother to me than a cousin. I can remember us working on the farm all day, and then going out in the evenings to his softball games. He and his dad loved to play church league softball and they were really good. Mike was a teenager at the time, with a 10 year old kid tagging along. Most guys his age wouldn't have liked that, but he didn't seem to mind. He always treated me like his best friend. I really looked up to him and wanted to be just like him when I grew up.

BRADLEE W. AMMERMAN

Even after he went to college; he would come home on the weekends and take me to the arcade or with him on one of his dates. I'm not sure his dates always approved, but I had fun. After I started high school, we drifted apart and went on living our lives and raising families. Mike has a wife Debbie, two daughters Rachel & Sarah Clay and a son Charlie. His two daughters are in college, but his son Charlie will be a senior in high school this year. Charlie is a true country boy. He loves his truck and his coon dogs. But, the thing I think he needs the most right now is his dad. I know when I was Charlie's age, my father offered advice and guidance that molded me into the person I am today. I would hate for the recent events to take Mike away from his son at such an important time in Charlie's life. I love my cousin Mike and hope that my stories have given you some insight into the person I know him to be.

Bob and Mike are very important to their family's daily lives. They are both good Christian men and I know, in my heart, that they are sorry for what they have done. Please consider these things when making you judgments.

Sincerely,

Bradlee W. Ammerman

2.

July 6, 2010

Honorable Judge Aycock:
State of Mississippi

Dear Judge Aycock:

I am writing this letter in support of my brother Bob Ammerman and my nephew Mike Ammerman. Both have always displayed the highest moral character and integrity. Bob is five years older than me and has always been a role model having been active in school sports and the church we grew up in. He has served many years as a deacon and leader in our home church, the same as our father did for over fifty years. He has been a farmer, business owner, served on a number of boards and supported youth activities in several counties in central and northern Kentucky. I cannot explain what may have happened to warrant the situation in which they find themselves but I can assure you that this is in no way typical of any behavior he or my nephew have displayed during their lifetime.

Bob has always taken care of his family. His wife Betty suffered from cancer and endured treatments in Cincinnati, Ohio and Houston, Texas. She now suffers from a number of physical ailments as a result of those treatments. Bob not only cares for her but their adult daughter Lisa who was born with serious mental and physical problems. He serves as the primary caretaker for both.

My nephew Mike Ammerman has always been a community minded individual as well as a farmer with his father and working in the family business. He has a wonderful family with a wife who has been a public school teacher, two daughters-one who just graduated college and the other in college and a son who will be a senior in high school. I ask that you consider the vast amount of good done by both Bob and Mike when you make your ruling.

I believe this to be a one time lack of good judgment on their part which they have made every effort to correct and will be more careful of the people they do business with in the future. Thank you for your time in reading this letter.

Respectfully,

Terry Lee Ammerman
1025 Albert Lane
Lexington, KY 40514
(859)296-5688

3.



# atchison heller CONSTRUCTION COMPANY

3399 Tates Creek Road • Suite 210 • Lexington, KY 40502 • 859-264-4600 • fax 859-264-7440 • www.atchisonheller.com

Judge Aycock

C/O
Christie A. Moore
Member
Greenebaum Doll & McDonald PLLC
3500 Nationl City tower
101 S. Fifth St.
Louisville, Ky 40202-3140

Dear Judge Aycock

I am writing to you on behalf of Mike Ammerman who is awaiting sentencing in your court for his involvement in a tax evasion case with the income from his cigarette business. Having learned about this first in the newspaper and then from Mike I appreciate how much more there is to this situation and what led him to do what he did.

I have known Mike for over 30 years and can tell you he is dedicated to his family, his business and his community. He has worked hard every day of his life. He is a dependable, good person who has tried to the right thing throughout his life. He has made many long term investments in Harrison county and this region. He made a bad decision to try and keep his business viable but is not a bad person. Serving time in prison is a possibility for what he has admitted to but I would ask you to look at his record in this industry over his entire career and consider probation as a suitable punishment. His family and community need Mike to be involved or much more will be lost in this regrettable situation. His leadership and day to day work are very important here. Please consider leniency for his sentencing as you deliberate about this.

Mike has cooperated with Federal prosecutors from the beginning of this process. He has admitted he was wrong and has made restitution. His cooperation in this process could and should lead to many more convictions of major companies that have evaded taxes in this industry. Information he has provided investigators is very enlightening as to how others he competes against violate the tax laws.

The taxes the Ammermans and those associated with the jobs they have created have paid over time has to be staggering. The businesses Mike owns and the people they employ will suffer and will most likely be lost if Mike is not here. Thank you for your consideration.

John Atchison
1161 Taborlake Walk
Lexington, Ky.

4.



Fine Cakes & Pastries

July 9, 2010

To: The Honorable Judge Aycock
Re: Mike and Bob Ammerman

Dear Judge Aycock,

I would like to ask you to look favorably upon Mike and Bob Ammerman. As a business owner in Harrison County I have known these two gentlemen since the late '90s. As an active Rotarian I have seen the Ammerman's generosity play a significant role in our Club's ability to raise funds for both local and international projects. They have been both kind and exceedingly generous towards our community. I am chairman of the County's Planning Commission and a member of the boards of Maysville Community and Technical College and the Cynthiana Airport. As involved as I am in Harrison County I know firsthand how important Farmer's Tobacco and the Ammerman family is to our community. Their roots here are long and deep. Their name has always stood for "good". I hope you will take this to heart while you consider their case. Thank you.

Respectfully Yours,

Avi Bear
President
Oven Art Inc.

Avi's Oven Art, Inc. 842 US Hwy 62 East Cynthiana, KY. 41031

5.




## Commonwealth of Kentucky
### Henry W. Bertram
Pendleton County Judge/Executive
233 Main St. Room 4
Falmouth, Kentucky 41040
Ph (859) 654-4321 Fax (859) 654-5047
Cell Ph (859) 743-6559
pendjud@fuse.net
www.pendletoncounty.ky.gov

Magistrates
Alan Whaley
Bobby Fogle

Magistrates
Gary Veirs
Stacey Wells

# Letter of Support

**To:**      **The Honorable Judge Aycock**

**From:**    **Henry W. Bertram, Pendleton County Judge/Executive**

**Ref:**      **Bob/Mike Ammerman and My Relationship**

**Date:**    **July 13, 2010**

Dear Judge Aycock,

It is with deep regret that I am voluntarily sending you this letter. I have been made aware of the situation, whereby Bob and Mike Ammerman have made an unfortunate bad decision. This decision is extremely out of character with what I know about these two fine gentlemen.

I have known Bob and his family (including brothers and sisters and parents) practically my entire life. To my knowledge, they have always been an honest and upstanding group of people who have worked hard for themselves and their community. Bob and Mike have always been good Christian people, with a strong commitment to the church and country.

Their entire careers have hinged around farming and farming-connected businesses and as we know the American Farmer is still one of our nation's finest citizens.

Please feel free to contact me if you should have any questions concerning this letter.

Sincerely,

Henry W. Bertram
Pendleton County Judge/Executive

6.

Hello My Name is Mike Biogle, I live in Harrison County. I have known Bob Amverann and Mike for about 30 yrs.

During this time I have found both of these men to be not only good friends but a absolute assett to this community. They have done more for this area, then any individle person by far.

They not only employ people but they also help people at the same time.

Both of these men are good God fearing people, go to church regular, and display good Christian act through daily living, and that is something that is becoming more scared everyday, and part of the reason the world is in the shape it is in.

In closing This letter I consider Bob
+ Mike to be good, honest, hard working
People that I would trust with anything
I have.

I am proud to be associated with
both of them, and would like
to be more like them.

Thank you
Mike Brogle
859-588-5183

7.

7-24-10

Dear Judge Aycock

I have known Mike since he was a young man. He was just out of college and managing a resturant. The resturant was across from my present barn to the East. Now he is my neighbor to the west and a very good neighbor. He goes to church with my family. He is a very giving person to the church and the community. The members don't know it, but he donated the sod behind the church. He contacted me to deliver it, and asked me to keep it quiet. It needed to be done.

Mike has also sold tobacco for me in the past. I always felt he treated me very fairly, and did the best he could to help me.

I hope you will consider Mike to be a very honest Man. Very hard working and a great neighbor.

Sincerly
Jess H. Burroni

8.

271 Crestview Lane
Cynthiana, Ky 41031
August 19, 2010

Dear Judge Aycock,

In reference to Mike Ammerman.
It has been my pleasure to attend the Cynthiana Presbyterian Church with Mike and his family. He has served as a Deacon in our church and made an excellent Contribution of his time to the church.

Mike has made a mistake which he admits. However, I believe he is a good man. Please give him Consideration to overcome his mistake, and to continue to help his family.

Sincerely yours,

Sue D. Burrier

9.

James T. Chambers Trucking LLC
13807 Alexandria Pike
Butler, Ky 41006
859-694-6793

July 23, 2010

Dear Judge Aycock,

My name is James Chambers and I am writing to you on behalf of Robert and Mike
Ammerman. I have known the Ammermans my whole life. I own and run a trucking
company in Northern Kentucky and have done business with them for over 20 years.
They are very good people. They always pay their bills very promptly. I am sure they
could find other vendors to do business with that are cheaper, but they are not like that.
They try to give back to their community and the people that are in their community.
They are outstanding members of the community and in their churches. You never meet
one of these two people out, no matter where they are that they don't ask how you and
your family are doing and if there is anything they can do for you. They are very hard
working people. They work side by side on their farms just like the employees they hire.
You can tell a lot about a person by their employees, and all of Bob and Mikes employees
like them very much and have a lot of respect for them. I could go on about all the good
things that they do for their neighbors and community but there is not enough time. They
are very good, kind, considerate people and I hope that you can see that in just talking to
them.

Thank you for your time.
James T Chambers

Sincerely,

James Chambers
owner
James T. Chambers Trucking LLC

10.

I AM WRITING THIS LETTER IN BEHALF OF BOB AND MIKE ATTERBERRY AS A CHARACTER REFERENCE.

I HAVE KNOWN THESE MEN FOR A NUMBER OF YEARS ALONG WITH THEIR FAMILIES. THEY ARE VERY INFLUENTIAL IN OUR COMMUNITY.

I HAVE BEEN A PARTNER WITH THEM IN A REAL ESTATE VENTURE (FARM) AND A RESTAURANT. THEY HAVE ALWAYS BEEN EASY TO WORK WITH AND REASONABLE WITH THEIR TIME.

BOB HAS ALWAYS BEEN VERY ACTIVE IN CHURCH AND THE FIRST TO HELP SOMEONE IN NEED. I MOST ALWAYS WITHOUT THE RELIGIOUS KNOWLEDGE OF THE GIVER.

THEY EMPLOY A NUMBER PEOPLE IN BOTH THE FACTORY AND THEIR FARMING OPERATIONS. CONTRIBUTING TO BOTH THE TAX BASE AND THE COMMUNITY. THE EMPLOYEES ARE WELL TAKEN CARE OF AND APPRECIATED.

THEY ARE BOTH FAMILY MEN. BOB WITH A WIFE OF MANY YEARS. BETTY WHO HAS MANY PHYSICAL PROBLEMS, WHO'S BOB CATERS TO HER EVERY NEED. LISA THEIR DAUGHTER WHO ALSO HAS PHYSICAL AND PHYSICAL LIMITATIONS, BUT THEY HAVE GIVEN HER EVERY OPPORTUNITY.

MIKE AND LESLIE HAVE THREE CHILDREN SARAH, RACHEL, AND CHARLIE, ALL OF WHICH ARE MATURING INTO FINE INDIVIDUALS.

IN CLOSING I WOULD HOPE YOU'RE BOTH MEN ARE VERY GIVING AND IMPORTANT TO ALL THEY COME IN CONTACT WITH.

PLEASE CONSIDER THEIR POSITIVE CHARACTERISTICS AND POSITIVE ATTRIBUTES.

SINCERELY,
A CONCERNED FRIEND

MARK CAMPBELL

CAMPBELL'S AUTO CENTER

BYE SIDDAKE

11.

3022 Hayes Station Rd
Falmouth, KY 41040
July 19, 2010

Dear Judge Aycock,

We are writing you concerning Bob and Mike Ammerman. We have known Bob personally for over thirty years. Mike and Lisa are his children and Betty is his wife.

He is a very devoted church man. Betty and Bobby have spent their lives serving in various capacities in church. Bob has served as a Deacon of Trinity Southern Baptist Church. At the present time he is not serving in that capacity. His family responsibilities are very time consuming. Betty has many health problems and Lisa requires much attention; she has thought processing problems and has had severe seizures which we believe to be under better control. Therefore, Bob spends his time assisting Betty and Lisa.

This past year Bob and Betty assisted in AWANA, a Bible memorization club for child and youth that we have at Trinity. Bob is always helping people and organizations out in the community. He has assisted people with money for things such as rent, gas to get to the doctor, and food. Bob also will treat the children in Sunday School, AWANA, and Vacation Bible School to ice cream for example. He has a large heart to help as he can. They often host fellowships at their home for people from church. This past Christmas they hosted the Senior adults in their home for a meal.

He is concerned for his employees and their families. Several people over the years have found steady employment with Bob. Recently a son of one employee was involved in a serious automobile accident. Bob help keep the church and community informed about the young man's condition.

We realize the Bob and Mike made mistakes, but we do not see how taking then away from family, friends, and this community would serve to improve the situation. Bob needs to be at home with Betty and Lisa. Mike has teenage children and needs to be there for them as well.

We are requesting leniency for both Bob and Mike.

Sincerely,

Orman W. Conrad, Jr.          Billie T. Conrad

12.



**CONRAD**

226 W. Shelby St., Falmouth, KY 41040-1140

**HARDWARE**
**FURNITURE**
**GIFTS**
**RADIOSHACK**

Phone: (859) 654-3358

July 12, 2010

Dear Judge Aycock,

This letter is to speak of my experiences with Bob and Mike Ammerman, both personal and business relationships. I consider each of these men to be personal friends with whom I also have a business relationship.

I have personally sold merchandise to Bob and Mike and delivered it myself into their homes. I have been to their factory in Cynthiana, KY, delivering and setting up items they have bought from my store. Deliveries to the factory have been paid by corporate check. Orders to homes have been paid by personal check.

On occasion they have ordered an appliance, such as a refrigerator, and asked that I deliver it to a local church. For these orders the Ammerman families have paid me with a personal check.

Every sales relationship I have had with Bob and Mike has been absolutely forth right and straight up. Every detail has been as agreed and payment has always been timely.

I recognize Bob and Mike made some terrible decisions. I appreciate they have publicly acknowledged those errors. With that said, I will be comfortable walking along the streets of my community with them and again sitting in church with the Ammerman Family.

If there is additional information I can provide to help you know Bob and Mike more completely, please call me.

Sincerely,

Russ Conrad

13.

**Chuck Cooper**
**711 McGee Road**
**Versailles, KY 40383**

July 25, 2010

TO: Honorable Judge Aycock

RE: Bob and Mike Ammerman

Dear Judge Aycock,

I grew up in Cynthiana, Kentucky, and cannot remember a time in my life that I didn't know Bob Ammerman or know about Mike Ammerman. Our family has been involved in a candy and tobacco wholesale business for over 50 years and so we knew the Ammermans through that business, as well as through our extended family who sold tobacco at the local tobacco warehouses.

When the Ammermans saw that the tobacco warehouse industry was at its end, they had the dream to start Farmers Tobacco. One of the first things they did was to speak with our family, knowing that we knew the wholesale/retail side of the cigarette business. We had a part in their beginning and have worked closely with them for the last several years. We know them well.

We have personally witnessed their generosity in the community and beyond. We were involved in a new church plant and Bob walked in one day and handed me a very unsolicited check for that ministry.

They have been stalwarts in the Cynthiana community. Their business employs many people. In spite of making a very poor decision in the matter at hand, I have found them to be ethical and fair, contributing to the betterment of our community.

We would seek mercy, leniency, and grace for them.

Sincerely,

*Chuck Cooper*

Chuck Cooper

14.

Dear Judge Aycock,

This letter is in reference to the case involving Bob & Mike Ammerman. I am writing this letter because I feel like I need to do something. Bob and Mike did not ask me to write this letter and does not know that I am doing it. These two men have made a mistake, admitted to it and want to do what's right. So I feel, as an employee, like I need to help them in some way so I am writing this letter.

Bob and Mike are very good people who help in the community in any way they can. I remember when I needed help in my life they were there for me . They have also helped churches through many ways and would do anything for those who are down and out. I recall one Christmas that I was called into the office and was given an offering to take to different people of different churches and present the offering to them to take to their respected churches. One of the churches that I gave an Offering to was a church that had burned down a few months earlier. This is what they would do.

Many times in the winter you would see Mike Clearing church parking lots and People driveways late at night after work. It was just something they did.

When my wife heard about 3 children (siblings) that were going to be broken up because nobody wanted to adopt all 3 together. We took them in and Bob & Mike supported that decision and stood up for us even when everyone thought we were crazy. When they came around they would make the children feel so special. Bob and Mike are special people who could do so much and it would not help anyone if they were not allowed to continue to work in the community.

So it is my sincerest hope that you will both recognize and acknowledge Bob and Mike for the Good they have done, can do, and will do again. Thank you for your time and consideration on this matter.

Sincerely,

Harry Crozier

15.

Dear Judge Aycock,                                                                                              10JL22

      Eight years ago, I had the great pleasure of meeting Mike and Bob Ammerman. We met in unique circumstances, hearing that there was business opportunity to do in Kentucky; I took it upon myself to travel south to meet with them. I flew down from Montreal, Quebec, Canada to fly into Cincinnati Ohio and rented a car to drive to Cynthiana, Kentucky in order to meet Mike and Bob for the first time. When I arrived at the factory, which is located off the highway, I recall feeling slightly overdressed in my suit and tie. Everyone in the factory was wearing casual clothing work boots and baseball caps well identified with the Farmers Tobacco logo. Immediately, you feel employee pride, devotion and true well being of these individuals. During the visit of their factory, I was introduced to every worker on a first name basis and was informed of their personal stories and family background. We then went to lunch at the local restaurant 'Family Fair' where most of the local farm workers, merchants and bankers go to reunite for lunch. Once again, I was introduced to almost every person in the restaurant as their Canadian neighbour. Later on that day, as I prepared my return to the airport, Mike and Bob took me aside and asked me '' Why did you come all the way from Canada to meet with us?'', my response to them was very simple ''I was told that you were good people to work with as a vendor and that I felt that my company could bring added value products and services.'' Needless to say, the following month, I had my first purchase order accompanied with a note '' Next time you visit us, leave the suit at home.'' Since then, we have grown a great business relationship. My business trips to Farmer's Tobacco now consists of; 10% of our time at the factory and 90% with Mike and Bob meeting more of the family, visiting their farms, their church and friends. When I return home from these trips I feel like I was in a different world where true values are practiced, family and friends are loved and helping people is the Ammerman's number one priority. Although Mike and Bob truly recognize and admit the mistake they have made they are far from being criminals. Mike and Bob are always going out of their way to help others, they are giving both with their time and their friendship, they like to listen to people, they are proud of who they are and proud to be good American citizens. Mike and Bob are very special people to me as I have rarely met individuals in today's society that care to hear about you as a person. I hope that my letter gives you, Mrs. Judge Aycock, a better insight on who Mike and Bob Ammerman really are as people.

Regards,

Shawn Desmarchais
President
Groupe Produlith Inc.

16.

**Freddy G. Gillespie**
**2391 Millersburg Road**
**Paris, KY 40361**

July 15, 2010

To: Judge Aycock
    c/o Christie A. Moore, Member
    Greenebaum Doll & McDonald PLLC
    3500 National City Tower
    101 S. Fifth Street
    Louisville, KY 40202-3140

Dear Judge Aycock:

    I am writing regarding Bob and Mike Ammerman. I met the Ammermans about seventeen years ago when they purchased the Farmers Tobacco Warehouses in Paris, where I was President.

    After their purchase of the business, Bob immediately invited all the employees and their spouses to have dinner (at his expense) at a beautiful, upscale restaurant in Lexington. Bob gave a short speech that night, which I will always remember and from where I gained a great deal of respect for him. Our warehouses were in the habit of giving whiskey to the customers who sold their tobacco at Farmers, if they wished to accept it. At the dinner, Bob informed us in a very friendly way that this habit would be discontinued. He further said that his wife had been diagnosed and was being treated for cancer and that he made some promises to God that he intended to keep. So, we all knew that the presence of alcohol and his promise to God were connected.

    I have enjoyed getting to know the Ammermans over the past seventeen or so years. I found them to be a pleasure to work with, and consider both Bob and Mike to be my friends. They were always generous and kind to all who worked for them, In addition, they always gave generously to many charities--both locally and nationally--as well as to their church.

    As you know, there have been many governmental changes for tobacco farmers in the past several years--changes that make it more expensive and less desirable to raise the crop. This has led to many farmers just giving up on tobacco completely. The Ammermans saw these changes coming and did what they could to stay in the tobacco business, but in a different way--the manufacture of cigarettes. The new laws have also placed and continue to place extremely high taxes on tobacco, which puts a huge strain on everyone in the business. I believe that anyone, under these strained conditions, would do what they felt necessary and right to try to alleviate the difficulties connected to the manufacture of their product.

    It is my hope that you will take into consideration that the Ammermans are a fine, Christian, and close-knit family. I know that Betty still struggles with her disease, and that it is a great and necessary comfort to her to have her husband with her. As for Mike, he is still working to put his three children through high school and college, and his presence and support are both necessary for them and for his wife, Debbie.

                  Sincerely,

                  *Freddy G. Gillespie*

                  Freddy G. Gillespie

17.

To: The Honorable Judge Aycock:

My name is James Gross, Deacon at Mantachee Baptist Church for twenty Two Years. I am writing this letter in Regards to Bob and Mike Ammerman And Concerning the trouble they were in. I know they were wrong and they realize the wrong they did. They have Prayed Continuesly Asking God for their forgiveness And now are asking the court for their forgiveness. I can truly say they are good people And have been of help to this Community and to so many people throughout the Community. I Can truly Say there is not One single person they would turn down for help if they needed it. They are a good Christian family and Speaking for myself I Cannot explain how good they have been to me. You and I are I am asking that you will have mercy on them. I Can Honestly Say that I And this Community would be at a loss if it were not for them. May God Bless you And Keep you til I see

Deacon James Gross

18.



**Blanket Creek
Baptist Church**

5080 Broadford Road
Falmouth, Kentucky 41040

07-08-2010

Dear Judge Aycock,

   I have known Bob and Mike Ammerman longer than they have known me. After the March 1st 1997 flood that devastated the Pendelton County and surrounding areas, my family moved to this county. As I would meet people from this area I would often hear the names of Bob and Mike Ammerman. I would hear of the generous things that they were doing for the people of this and other counties. Things of this nature would stick out to me because these days you don't hear of such acts of generosity. Our church came in need of some major work and by faith we stepped out to remodel our sanctuary, shortly after the project started, Bob, being a past member of the church came to me privately and made a very substantial donation to finish the project. After this I found out that they have helped other churches in this and surrounding areas in times of need. Their charitable work in this and surrounding communities I feel far more reflects the kind of people that they are more so than the mistake made and admitted. Judge Aycock, none of the afore mentioned acts of charity mentioned here were heralded through the community, in fact each time something was done by Mike or Bob, it was requested that their names not be mentioned. Your Honor, I personally feel that their acts of kindness to individuals, churches, and to other businesses in and around Pendelton County speaks volumes as to the kind of people that Bob and Mike Ammerman really are. A few



**Blanket Creek
Baptist Church**

5080 Broadford Road
Falmouth, Kentucky 41040

years ago a family friendly restaurant in a neighboring county was about to close its doors, once again Bob and Mike stepped up to help the business stay open and it is still open employing several people and providing a great service to the community. The list goes on but how can you cover someone's life of giving and helping others in a brief letter. However, I hope this letter will give you a window into the lives of Bob and Mike Ammerman to see the kind of people they really are.

Sincerely Yours,

Rev. Joseph Hall

*Rev. Joseph Hall*

19.

Pg 1



# OAKWOOD BAPTIST CHURCH
104 Oakwood Ave.
Cynthiana KY. 41031

### PASTOR: Bro. Mike Hays

May 10, 2010

To Whom It May Concern:

This letter comes to you as avid support for my friends, Bob and Mike Ammerman, concerning my opinion of their character and moral fiber.

I have known Bob since the fifth grade some 60 years ago. I was there when Mike was born. I consider Bob to be the best friend I have on earth and Mike is very close behind. I stayed in their home many times in our younger years and participated with Bob in school activities, sports and many other activities of life. He and his family always took me to church.

P2

Bob's father was a deacon as were his uncles, and brothers. This particular family was and is the best quality Christian family I have ever known. They have lived godly faith filled lives as long as I have ever known them.

Bob and Mike are very humble men. I personally know of many times when they have helped individuals or families with food, finances, a place to stay or a way to travel and always insisting that no one know the source of their gifts. They have worked with children all of their lives, especially through schools and churches and to this day are active in those efforts.

I have worked with Bob on the farm at home in younger years and in other vocational endeavors in more recent years.

P3

Never in all of that time have I ever seen anything unethical or dishonest from either of these men. I have never bree seen either of them do anything to bring gain to themselves at the expense of others. They do not value financial or material gain for happiness. Their happiness is Christ and their families. What I have seen is two of the hardest working men I have ever known.

I am firmly convinced that if a wrong was done, that any choice that was made or will be made was with the primary consideration of the well being of people around them that could be affected by their actions. Bob and Mike will deny of themselves to be their brothers keeper. Bob and Mike have also been very faithful and loving in the care of Lisa, Babs daughter, who has had medical problems since birth. Betty, Babs wife has had serious medical problems for many years as well.

Your Honor:

I realize that for whatever reason that Mike and Bob have entered a guilty plea concerning the actions that they have been involved with.

I am a military veteran that willing served our nation to protect the freedoms and interests of our nation. I firmly and wholeheartedly support the judicial system of Justice and accountability that we have. I have had many jail-ministry related involvements through forty years of ministry including approximately three years assisting Bruce Lisle in chaplaincy at the Big Pine Federal Correction facility on Big Pine Island in Monroe Co. Fla.

I do not believe that any kind of incarceration as a punitive measure will accomplish any positive rehabilitative results with either Mike or Bob.

For all of their lives involved with Lisa (Bobs' daughter / Mikes' sister) who has had medical problems since birth they have kept her with great effort in a home environment. Also Bobs wife Betty (mikes' mother) has had medically disabling problems for approximately the last fifteen years. in addition to being a cancer survivor. Bob himself is a heart surgery recipient.

Additionally many others too numerous to mention are beneficiaries of the largess of their compassion in the "I am my brothers keeper" ministry of their families as led by these men.

In lieu of the many positives of the lives of Mike and Bob Ammerman please consider these things and grace on behalf of our society as you perform your responsibilities and wisdom concerning this matter.

If I could I would willing take their place or do anything for either of these men. They are so deserving. Thank you for taking the time to consider my thoughts.
I am

yours in Christ
Mike Hays

20.

# Trinity Southern Baptist Church

309 East Shelby Street • Falmouth, KY 41040 • (859) 654-2681

July 25, 2010

The Honorable Judge Aycock,

It has been my privilege to be the pastor of Robert (Bob) and Betty Ammerman for the past four years. They both have exemplified commitment and generosity to the church and community during the time I have known them.

Bob and Mike have accepted responsibility for their mistake and have paid or will pay all fines that have been imposed upon them.

I do not feel that sentencing them to any prison time would serve any good purpose. Being away from their wives and family members would put undue pressure on their families, churches and prove harmful to the community at large.

Please consider these factors when you make your decision.

Respectfully,

*Pastor Conrad C. Hefner*

Pastor Conrad C. Hefner
Trinity Southern Baptist Church
Falmouth, Kentucky



*"Our Mission is to be a praying fellowship*
*dedicated to the ministry of Jesus Christ."*

21.

432 E. Pike Street
Cynthiana, KY 41031
August 17, 2010

Dear Judge Aycock:

We, Hall and Sarah Kinney, ask that you consider the following information in reference to our friends, Bob and Mike Ammerman.

Bob Ammerman has lived his entire life in rural Pendleton County. As boys and young men, he and Hall played on different sports teams, but they were always friendly competitors. They renewed their acquaintance when both worked for the National Bank of Cynthiana, where Hall was president and Bob was a loan officer. There was never any indication that Bob would do anything that was dishonest or illegal. He worked with farmers, understood their problems and needs, and was always willing to help them whenever possible. His concern for farmers and their loss of livelihood as the tobacco economy became more and more problematic, led him to create Farmers Tobacco Company in 1999.

Mike Ammerman was reared by his parents on the family farm. His mother, Betty Ammerman, an elementary teacher in Harrison County, brought the children (Mike and Lisa) with her to Harrison County to school. Sarah first knew Mike as a student at Harrison County High School, where she was a teacher. Although Mike was never in her class, she admired him as a student leader who excelled in both academic and extra-curricular activities. However, the characteristic which most impressed her was his concern for his sister, who was her student. Lisa did then, and does now, need his protective care. Mike was a thoughtful and caring young person—hardworking, capable and compassionate. He continues to demonstrate these characteristics.

We understand that these men have broken the law and pled guilty to dishonest marketing practices and tax evasion. However, we believe that they were motivated first by their concern for farmers in this area. Realizing that there was a need for a local tobacco market and for employment opportunities for displaced agricultural workers, they made a wise business decision and developed a cigarette manufacturing business—Farmers Tobacco Company—which became exceptionally successful.

Perhaps because of unclear and/or unenforced regulations, they began to manufacture cigarettes that were sold to retailers in states where the required tax was not paid. They continued this practice, even after knowing it was illegal. However, they faced the prospect of closing their business if they were required to pay the uncollected taxes and fines. Given their natural sympathies for the farmers they served and their workers, they made a bad choice—to stay the course. Their problem was compounded by the fact that they had incurred debts as their business expanded, debts they could not pay.

We believe that their loss of reputation in their communities has been a great blow to both. Knowing that they have been dishonored through their own actions has caused

both to suffer for themselves and their families. Betty is ill; Lisa is unable to live on her own. Mike's wife Debbie is a teacher and their three children, two of whom are still in school, need the support of their husband and father. Neither man is in any way a danger to society; both are needed to manage their farms and nurture their families. We attend the Cynthiana Presbyterian Church with Mike and his family and know that they depend on each other. Mike has seldom attended church since he was convicted of this offence, but he did ask to meet with some of the members to explain his actions.

We respectfully request that you consider the above information as you adjudicate this matter.

Respectfully,

Sarah Kinney

Hall Kinney

Enc.: A copy of a page from the Harrison County High School Year Book which contains pictures of Mike and Lisa Ammerman.



**BRENDA FAYE ADAMS**
FHA 1, 2, 3, 4; Pep Club 1, 2, 3, 4; FBLA 4; DECA 2.

**DARRYL ADAMS**
VICA 3, 4; Pep Club 4; ROTC 1, 2, 3.

**JAY ADAMS**
FFA 1.

**LISA MARIE AMMERMAN**
FHA 4; Chorus 2.

**ROBERT MICHAEL AMMERMAN**
Beta Club 2, 3, 4, Treasurer 3; ROTC 1, 2, 3, 4, Outstanding Cadet 1, Order of Merit 2, 3, Deputy Commander 3, American Legion Military Excellence Award 3, Squad Drill Team Commander 3, 4, Squadron Commander 4; Color Guard 2, 3, 4; Drill Team 1, 2, 3, 4; Wrestling 3, 4; Tennis 2, 3, 4; Chemistry Award 3; Who's Who Among American High School Students 3; Bluegrass Boys' State Delegate 3.

**DAVID R. ANGEL**
Pep Club 3; Track 3; ROTC 1, 2, 3, 4; Color Guard 1, 2, 3, 4; Drill Team 1, 2, 4; Marching Band 4; Concert Band 4; Pep Band 4; Wrestling 1, 2, 4.

**RICHARD ANKENY**
Pep Club 1, 2; Student Council 2, Treasurer 2; Football 1, 2; Track 1; Wrestling 1.

**ANDREW ALLAN AREAUX**
Speech Club 1, 2; Pep Club 1, 2, 3, 4; Student Council 1, 2; Football 1, 2, 3, 4; Captain 4, Defensive Lineman Award 4, Mid-State 1st Team Offense 4, Honorable Mention All-State 4; Track 1, 2, 3, 4, Regional Champ 2, 3, 4; French Club 1, 2; HARRISONIAN Staff 4; Chorus 1, 2; Freshman Choir 1; Wrestling 1, 2.



22.

HONORABLE : JUDGE AYCOCK

I have known Bob and Mike for several years. They are two of the most honorable people I have had the pleasure of knowing.

They are truly good people and are a valuable asset to our community.

They are devoted to their family, community and Church.

They work hard and are God fearing people. There have been many people who have benefited from their time and generosity

All of our lives have been enriched by knowing them. They inspire all to be good and kind and are great role models for our children.

I served our Country as a Marine for people like Bob and Mike. We have been blessed by having them in our lives and are very thankful for it.

Sincerely

LC LUSBY

23.

July 10, 2010

Honorable Judge Aycock,

I am writing this letter as a character reference in support of Bob and Mike Ammerman. I have known Bob for thirty-two years. My first encounter with him was at the National Bank of Cynthiana where he was a loan officer. Ten years later I dealt with Bob and Mike while selling tobacco at their Harrison Tobacco Warehouse. Eventually, I became an employee of Bob + Mike at their Harrison Implement Company as a tractor parts salesman. Three years later, Bob helped me begin my own tractor parts business that has now been operating for twenty years. In the last several years, I have formed several partnerships with the Ammermans, first in purchasing farmland (now known as Veteran's Park) and more recently in Family Fare Restaurant.

I am currently serving on several boards: Kentucky Bank, Harrison Co. Bluegrass Energy, Harrison Co. Fiscal Court. I have dealt with thousands of people in my business and on these boards. I have never had any problems in dealing with Bob and Mike Ammerman. In fact, our encounters have been nothing short of excellent. I have lived in Harrison County all my life and know that these two gentlemen have helped numerous poor and sick citizens in our

community. They have been upstanding men who are always willing to help those in need and to support local endeavors. I ask that you consider the good deeds they have done as you determine their sentence.

Respectfully,

Brad Marshall

7531 Ky. Hwy. 392
Cynthiana, Ky. 41031
859-234-7451 (cell #)

24.

July 20, 2010


Judge Aycock
Federal District Court
Northern District of Mississippi

Dear Judge Aycock,

I am writing to you this day to offer some personal reflection and support for Bob and Mike Ammerman of Cynthiana, Kentucky. Although my association with both of them goes back many years I have a more esoteric connection with Bob Ammerman.

Back in the mid seventies, I started my career as a young fledging banker in a small rural community bank. Bob Ammerman also worked for that bank during those early years. As it turned out he became my mentor and assisted in my development as a loan officer for the bank, to the degree that I eventually assumed his position when he retired to pursue other interests. My initial bank training was as State Bank Examiner so I felt comfortable with standard bank policies and practices, but Bob taught me those intrinsic lessons that you can not learn from any text. Those lifelong lessons that explore such factors as how to judge the quality and character of a person and to measure their willingness to do what is promised and what is right. I gained from him a high regard for evaluating and understanding the value of a person's integrity and how one feels about the preservation at that and how that transcends to the way he or she deals with others.

Over these many years both Bob and Mike have been looked at and thought of as individuals with that level of integrity and creditability. They are both stewards of their faithfulness to their families. My appreciation for that has grown over recent years as I became better acquainted with Mike's family to the level that I nominated and sponsored Mike's candidacy for the position of Deacon in our Church two years ago. I was proud to do that then and would do so again now.

It is regretful that circumstances of life and business result in missteps that overshadow the good in a person. But just maybe this is what the preverbal "second chance" is all about. I sincerely hope these individuals get that second chance. They are worthy.

Sincerely,

Scott McCauley

25.

January 13, 2012

Judge Aycock
U.S. Federal District Judge
N.D. Mississippi

Re: U.S. v. Bob and Mike Ammerman.

Dear Judge Aycock

     My name is David Melcher and I am a retired Kentucky State Court Judge. Ethics rules no longer prevent me from writing a letter of support for good friends. My legal experience included being Chief Staff Attorney for the 6th Circuit, an assistant U.S. Attorney for the Southeren District of Ohio, 20 years private practice and 17 years on the bench. It's been a while since I've done much in the federal system but I do know how difficult sentencing decisions can be. With this in mind I would like to ask for your highest consideration for probation for Bob and Mike Ammerman.

     As a fellow member of their community for over 40 years I know the high esteem in which they are held by their fellow citizens. They have provided good work and employment in a small community that needs all the help it can get. I know they began a business with no experience, little money and great hurdles to overcome. They were succeeding until a complex series of regulations some imposed retro-actively created a debt under the Master Settlement Agreement that brought them face to face with closing the business.

     The method they chose to keep the business open was the wrong one and they both acknowledge that.

     However, they had ceased that action prior to being confronted, they were fully cooperative with the authorities and had even self-reported their wrongdoing. Moreover they actively participated in assisting the full investigation of similar activities.

     Bob and Mike made full restitution of all amounts that had not been paid on taxes due.

     Bob and Mike Ammerman do not live the high life in Cynthiana, Kentucky. They are life long local business men who have been successful and keep their businesses here. They have raised their families here and are true assets to our area. Keeping it so they can continue this business which presently provides approximately 40 jobs to our community would be greatly appreciated. At one time, they had over 100 employees, but rule changes impacted sales drastically. Bob and Mike had to confine the states they operated in and then these states imposed retro-active payments creating 9 million in back due debt. There is an active arbitration case which if fully successful could return

some of the Ammerman's losses, in the meantime Bob and Mike have striven to continue the businesses. It would be greatly appreciated if the Ammerman's could remain in our community to run their businesses. These gentlemen pose no risk and I am confident they will not be on the wrong side of the law again.

Thank you for your time and patience.

Sincerely

David Mehrhen

26.

**Neil C. Rush  DMD**

216 South Main St.
Cynthiana, KY 41031

859 2341496

neilrush@mac.com

August 1, 2010

Judge Aycock,

I write to you today on behalf of my friends Robert and Michael Ammerman of Cynthiana, Kentucky. I have known the Ammermans and their families for many years since I moved to Cynthiana in 1977. They are both good men who have made a bad mistake. It was with great disappointment that I learned of their recent guilty plea involving false monthly tobacco reports.

I feel they have made a terrible choice in their business decisions to break the laws concerning selling of tobacco products. I know that laws are not to be broken, only changed, if the laws are not just. It is not possible to excuse their conduct.

These two men have significant responsibilities in our community that should be taken into consideration before their sentencing. They both have families and many employees that depend on them in Cynthiana. These employees have families that count on the paycheck from the Ammermans tobacco company. Michael has a son who is still in Cynthiana High School. Robert is very well regarded in Cynthiana as a good employer and a good civic minded person, I am also concerned about prison confinement for a man of his age.

Your Honor, I feel that justice would best be served if both Robert and Michael Ammerman were considered for alternative sentencing that would not include prison. They have both pled guilty and have forfeited all proceeds from their criminal activity, in addition they face an enormous fine. This period has been very difficult for the families involved and this conviction will have a profound lasting influence on future decisions for both men.

Sincerely yours,

Neil Rush

27.

7-20-10
Tuesday

Judge Aycock,

    I am writing this letter on behalf of Bob & Mike Ammeran - I have known Bob & Mike around five years. I know Bob thru the church we attend. Each year our church has a Vacation Bible Shcool & each year Mike comes & takes the kids for a hayride - They had people they know bring animals one year for the children to pet. Every year we have a free Thanksgiving dinner for the Community & we take food to them if they can't come to church for the meal. Bob always make sure we have enough turkeys. Bob is at church unless his wife Betty is sick, last week she fell again, so he brought Lisa (his daughter) & come back for her. Betty broke her hip last year & has had problems falling ever since, Bob takes her & Lisa where they need to go. I know Mike helps out also - Bob knows he made a mistake & it trying to do the right thing by it - He confessed to His Lord & to his church family. Lisa has a lot of medical problems & depression. Bob employes around 15 to 20 people & their familyes are fed & housed from the jobs they take working

for Bob & Mike Ammerman. If Bob & Mike
have to go to jail for what they have
done Bob's wife & daughter will be lost
without them here to take care of them &
take them where they need to go.
I could say much more, but I will close
here & say please be kind to these two
family men who made a mistake & are
trying to do what is right.

Thank you.
Venau Sharp.
a friend & Christian
sister.

28.

To: Cristie Moore                                    7·13·2010

I have Personally Known Bob & Mike Ammerman for over 20 ys. And Consider them to Be very Good friends. Over the past years they have helped a lot of People in our small community including the stuggling farmers. I have been involved with them in a business deal with a small family Style Resturant that, was on the verge of Closing. The Ammerman's biggest Concern was the Lose of jobs in the Resturant and another empty building in our community. It seemed to me they were not concerned about making money in the business deal but keeping the resturant running to prevent the Closing.    Sometimes in Life people make mistakes and bad choices Along the way, but deserve A second chance. I believe Bob & Mike Ammerman both are good and Caring people because I have Seen that for myself.    I am proud to be considered as one of there Close friends.

Sincerely
Steve Slade    President    Slade Inc Powdercoating
859·235·9937
Cynthiana, Ky  41031

29.

ST. JAMES A.M.E. CHURCH

312 W. Pleasant Street

Cynthiana, Ky. 41031

July 19, 2010

To Judge Aycock,

We, the members of St.James A.M.E.Church of Cynthiana, Ky. are submitting this letter in support of Bob and Mike Ammerman.

Neither are members of our church, however their benevolent spirit has helped our church and other churches in our community.

They have shown their generosity to us since 1997 up to 2006. Bob continues to inquire as to "how are things at church, let me know if you need any help".

From flood recovery in 1997; painting the ceiling and side walls in the church Sanctuary; painting the church steeple and exterior window frames; tile flooring in the fellowship hall; ceiling tile in the fellowship hall and window replacement are several of the projects that have been completed as a result of their donations.

We are blessed to have people such as Bob and Mike who are committed to helping others.

Yours truly,

St. James A.M.E. Church

Pastor

Rev. Antonio Stuckey

Secretary

Sis. Donna Cummins

**Signatures**

Marilyn Wash — Trustee

Margaret Hayden —

Mrs. Lisa B. Shudy

Vicki Wash

Bonita Watson

Donna J. Cutwright

Ann Williams

Lynda Avery

Jamie Maan

Daye Lueyu

Keith Lueyu Jr.

Don Adu

Rachel a. Moore

Kev Fine Mitchell

Melony & Krista Hayden

Jay Harris

Jacquita Harris

Jean Adams

Connie Talbott

Elaine Henry

Anna M. McGee

Stacy Wedding

Lois S. Gross
Pasta Steward

30.

July 11, 2010

Dear Judge Aycock,

We are Danny and Freida Tackett and we live and work in Cynthiana, Kentucky. We have known Bob and Mike Ammerman since around 1978 shortly after we moved to Cynthiana. We have done business with them and been friends with them since that time. We feel close to both Bob and Betty and their son Mike and their daughter Lisa and daughter-in-law and grandchildren. They are all very special people. They exhibit caring and kindness to everyone they come in contact with.

Through the years we have seen Bob and Betty endure many adversities such as Betty's cancer and dealing with a daughter with a disability, and have watched how strong they have been because of their faith in God. Their caring attitude shows through everything they do.

Bob and Mike and their families are and have been involved in many community activities in both Cynthiana and Falmouth. They are always there to help their fellow man.

Bob is an active business person and has served and supported his community and his church for many years. He and Mike are people who never look for praise from anyone. They quietly do things for people without asking anything in return. They support the local young people in many ways that many would never know about.

When the news first broke of the investigation we were stunned. We didn't know what to believe. We did not go and talk to Bob or Mike because we felt they had a right to privacy to process what was going on and deal with it appropriately and we trusted them to do what was right. We simply let them know we were praying for them and trusting God to help take care of them.

When the story came out in the Lexington Herald that they had pleaded guilty to charges we were devastated. We have never read the whole newspaper article because that is not important to us. We are and always be dear friends to the Ammermans.

We feel that they have made a commitment by pleading guilty to the charges to do all that they can to fix this and take responsibility for their actions. Please consider their track record as far as the kind of people they truly are when you make any kind of judgment in this case. This was a huge lapse in judgment on their part but please allow them to put this behind them and make restitution and go on with their lives. Their families and their community and friends need them.

Thank you so much for your consideration in this matter.

Sincerely;
Danny and Freida Tackett

*Danny D Tackett*
*Freida Tackett*

31.

July 18, 2010

Dear Judge Aycock:

I have known Robert Ammerman and Michael Ammerman for over 30 years and I did work for them for 20 plus years. Robert and Michael Ammerman were always fair, loyal and honest with their employees and customers. They never let their business needs or work interfere with the needs of their family or church.

Mrs. Robert Ammerman is in poor health and Mr. and Mrs. Robert Ammerman have a special needs daughter.

Sincerely,

William R. Toadvine
5099 U.S. Highway 62E
Cynthiana, KY 41031

32.

August 20, 2010

Dear Judge Aycock,

I have known the Zimmerman family for more than thirty five years.

Mike and our daughter were ROTC cadets at Harrison County High School. Both were recipients of ROTC scholarships, Mike attending Georgetown, Ky College.

I worked near his family in the 1980's when they owned a burley tobacco warehouse. I was a Market Recorder for the USDA and recorded each basket of tobacco sold, following each company buyer.

I believe Mike and his family are victims of Big Corporation tactics verses verses Small Business trying to stay alive. Harrison

Tobacco Whse employed many people in this area, adding to our economy greatly.

Mike, Debbie and his handsome family have been members of the Cynthiana Presbyterian Church where I attend. They are always willing to participate as needed.

Mike is a fine example of a brother and son. He has supported his parents and his sister, Lisa as needs arose.

It is imperative for Mike to continue providing care for his mother, Betty and Lisa.

It is my pleasure to support him in this endeavor.

Respectfully,
Anne Von Gruenigen
109 Confederate Dr
Cynthiana, Ky

33.



### Cynthiana Presbyterian Church
#### P.O. Box 456
#### Cynthiana, Kentucky 41031

Dr. Arthur J. DeYoung, Interim Pastor

859/234-2961

Established 1829

August 20, 2010

Dear Judge Aycock

I have worked beside Mike Ammerman in the Cynthiana Presbyterian Church for several years. He and his family have been active members and contributors in many ways.

Mike's family is an asset to our church schools and community. They have been very generous with their tithes time and talents.

Mike has served as deacon and they were very active.

Sincerely

Ralph VonGruenigen
Session Member CPC

**Serving Christ Since 1829**

34.

Mary Withers
1491 Snake Lick Road
Berry KY 41003-8782
(859) 234-4341


Dear Judge Alcock,

RE: Robert (Bob) Ammerman

Bob Ammerman is a neighbor in the country. Although our houses are several miles apart, he is a neighbor when help is needed. He has been known by the Withers family for over 50 years. His home is open to all.

Bob's neighborly attitude goes beyond the usual social interactions between people. When he noticed a country church needed repairs, he asked if he could help with the finances. The Boyd United Methodist Church received new siding because Bob Ammerman cared about the appearance of a house of worship even though he nor any member of his family attended that church. The minister's salary was augmented when Bob gave cash anonymously.

Bob has been generous with his time, as well. The Boyd Church was treated to hay rides by Bob and his son, Mike. Not only did they provide the tractors and wagons, they drove the vehicles. Bob always has time to help and listen to others' needs.

This church is not the only one in the area where Bob Ammerman has helped with financial and time contributions.

During the ten years I substituted for the Harrison County schools, Mike Ammerman was a student. Not many students were as courteous, cooperative, and well mannered as Mike.

Thank you for this opportunity to give positive witness for Bob Ammerman.

Sincerely,
Mary Withers

35.

July 19, 2010

Dear Judge Aycock,

I am writing this letter to you regarding Bob and Mike Ammerman.

I was introduced to the the Ammerman family 3 years ago through a friend when I first moved to Pendleton County in Kentucky. They are a loving and caring Christian family. They are the type of people who does not care what race you are or your monetary status, everyone is treated the same.

It was Bob and his wife, Betty, who invited me to their Church, Trinity Southern Baptist Church, the day I met them.

I would like to tell you how important the Ammerman family is to our church and the community. The community in which we live is a small and less fortunate community. At Thanksgiving, they Ammerman family donated 10 turkeys to our church so we could open our doors to feed the community and church members who are less fortunate. They helped deliver food to the elderly who were unable to leave their homes. They have donated money to our Member to Member Fund to help members of our church to pay their rent, electric bills, medicines, food, etc. They help with Vacation Bible School, AWANA (Approved Workman Are Not Ashamed) for the children in the community. The Ammermans have given toys to the children not because it's Christmas or Easter, but to let them know they are special. In Sunday morning service, you will see some of these children sit with Bob and Betty. The children love and respect both of them.

Bob's wife, Betty, has a lot of serious medical problems, as well as their daughter, Lisa. Mike takes good care of his mother and sister along with his father. Mike and his wife has teenagers to look after (this is not an easy task in the world we live in today).

I realize a mistake was made, but I do not believe it was made on purpose. Bob Ammerman stood before the members of our church and informed us, it was his fault. To me, it shows integrity, courage and a good Christian man to do this.

I am asking you to please consider probation for Bob and Mike. Both of them have a great impact on everyone they come in contact with whether it is their families, employees, the community or church.

God be with you on your final decision.

Sincerely,

Maureen Young
452 Lynn Lane
Falmouth, Kentucky 41040
(859)951-1124