# United States District Court
## NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  CAUSE 1:10CR71

MIKE AMMERMAN  DEFENDANT

## EXHIBIT LIST

| Presiding Judge: Sharion Aycock | Attorney for Gov't: Chad Lamar | | | Attorneys for Defendant: John Bush, Marc Murphy, Christie Moore | |
|---|---|---|---|---|---|
| Sentencing: 02/08/12 | Court Reporter: Phyllis McLarty | | | Courtroom Deputy: Ginger Sisk | |
| Gov | Dft. | Date offered | m | a | Description of Exhibits and Witnesses |
|  | 1 | 02/08/12 |  | X | Affidavit of Dr. Brian Mulberry |
|  |  |  |  |  |  |
|  |  |  |  |  |  |