IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                              CRIMINAL ACTION NO.: 1:10CR071-SA

MIKE AMMERMAN                                                                           DEFENDANT

## ORDER

Defendant Mike Ammerman requests that the Court stay his surrender for service of sentence for two weeks. His justification for this stay is that his co-defendant and father has not received a designation of facility in which he will serve his sentence. However, the Bureau of Prisons has made a final designation as to the facility in which Defendant Mike Ammerman will serve his sentence.

Therefore, Defendant Mike Ammerman's Motion to Stay the Surrender Date [30] is DENIED. Mike Ammerman shall surrender to the federal facility identified by the Bureau of Prisons on Monday, April 16, 2012.

SO ORDERED, this the 13th day of April, 2012.

**/s/ Sharion Aycock**
**U.S. DISTRICT JUDGE**